BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Petitioner,<br><br>            v.<br><br>PHILIP CHARLES MALONE,<br><br>                      Respondent. | **2:14-CV-01221-TLN-CKD**<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**Taxpayer:**<br>**PHILIP CHARLES MALONE**<br><br>**Date:  July 16, 2014**<br>**Time:  10:00 a.m.**<br>**Ctrm:  24, 8th Floor** |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  The case can and should be closed and all dates vacated.

Dated: July 14, 2014                        Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                             By:     _/s/   YHimel_
                                                         YOSHINORI H. T. HIMEL
                                                         Assistant U.S. Attorney
                                                         Attorneys for Petitioner
                                                         United States of America

PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE                                                                                          1

**ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

It is SO ORDERED.

Dated: July 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE